# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**June 21, 2022**

**DEBRA P. HACKETT**
CLERK

*(postmark: COURT OF APPEALS RECEIVED CLERK JUN 23 2022 ATLANTA, GA)*

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11ᵗʰ Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BUILDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:**  District Court No. 2:17-cv-00364-RAH-JTA
Irish Jenkins v. Koch Foods, Inc., et al
Court of Appeals No. 22-10480-E

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☐  Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☐  First Notice of Appeal:  Yes ☐  No ☐  Other notices (dates):_____

☐  Other: _____

☐  The Judge or Magistrate Judge appealed from is:_____

☐  The Court Reporter (s) are: _____

☐  A hearing was not held in the case.

☐  An **audio tape** is available for transcription of the court hearing

☐  The appellant DOCKET FEE has been paid:  Yes ☐ No ☐  Date paid:

☐  Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐  Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]

☐  Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability

☐  Copy of CJA form / order appointing counsel.

☒  F.R.A.P 11 EXCEPTIONS - APPEAL RECORD SENT TO USCA:
   **(NOTE: CD/DVDs are a COPY & DO NOT HAVE TO BE RETURNED)**

   **Doc. 182, Exhibit 39 AUDIO TAPE (1 CD) (also referenced in Doc. 186 Notice of Conventional Filing)**

☐  ORIGINAL PAPERS:___Volume(s) of pleadings;  ____ Volume(s) of transcript;  ____ folder of exhibits

☐  This is an appeal of a bankruptcy order. Bankruptcy Judge _____

☐  This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk