# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# CASE NO. 22-10480

---

### IRISH JENKINS, Jenkins

### v.

### KOCH FOODS, INC., et al., Appellees

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
## Case No. 2:17-cv-364-RAH

---

### APPELLEE MELISSA MCDICKINSON'S MOTION TO SEAL ORAL ARGUMENT

| | |
|---|---|
| **MARION F. WALKER** <br> Of Counsel <br> Alabama Bar No. WAL016 <br> **FISHER PHILLIPS LLP** <br> 2100A South Bridge Parkway <br> Ste. 650 <br> Birmingham, Alabama 35209 <br> Telephone: (205) 327-8534 <br> Facsimile: (205) 718-7607 <br> Email:mfwalker@fisherphillips.com | **ANDREW J. BAER,** *Pro Haec Vice* <br> Of Counsel <br> **FISHER PHILLIPS LLP** <br> 201 St. Charles Avenue <br> Suite 3710 <br> New Orleans, LA 70170 <br> Telephone (504) 522-3303 <br> Facsimile (504) 529-3850 <br> abaer@fisherphillips.com |

**COUNSEL FOR APPELLEES, DAVID BIRCHFIELD AND MELISSA MCDICKINSON**

**Date: April 21, 2023**

# CERTIFICATE OF INTERESTED PERSONS
# AND CORPORATE DISCLOSURE STATEMENT
### No. 22-10480 Irish Jenkins v. Koch Foods Inc., et al.

**Magistrate Judge Wallace Capel, Jr.**

**Magistrate Judge Stephen Michael Doyle**

**Barlotta, Rachel –** Counsel for Defendants/Appellees Koch Foods, Inc. and Koch Foods of Alabama, LLC

**Birchfield, David –** former Appellee

**Carow, Michael -** Vice-President for Human Resources Koch

**Defendant/Appellee Koch Foods, Inc. and/or Koch Foods of Alabama, LLC**

**Edwards, Sonya –** Counsel for Plaintiff

**Elrod, Bobby –** Former Vice-President for Human Resources Koch

**Defendant/Appellee Koch Foods, Inc. and/or Koch Foods of Alabama, LLC**

**Fancher, Sharonda Childs –** Counsel for Defendants/Appellees Koch Foods, Inc. and Koch Foods of Alabama, LLC

**Fisher Phillips LLP –** Counsel for Defendants/Appellees Melissa McDickinson and David Birchfield

**Guerrier, Charles E. –** Counsel for Plaintiff/Appellant

**Haynes, Alicia K. –** Counsel for Plaintiff/Appellant

**Haynes & Haynes, PC -** Counsel for Plaintiff/Appellant

**Heather Leonard, PC –** Counsel for Plaintiff/Appellant

**District Court Judge R. Austin Huffaker, Jr.**

2

**Koch Foods of Alabama, LLC** – Defendant/Appellee

**Harmon, Bart Gregory** – Counsel for Alabama Department of Corrections Legal Division, Movant in the District Court

**Jackson, Steven** – Witness

**Karlson, Daisy Christina** – Counsel for Defendants/Appellees Koch Foods Inc. and Koch Foods of Alabama, LLC

**Koch Foods, Inc.** – Defendant/Appellee

**Leonard, Heather Newson** – Counsel for Plaintiff/Appellant

**McDickinson, Melissa** – Appellee

**District Court Judge Emily C. Marks**

**Reese, Annalese Herndon** – Former Counsel for Defendants/Appellees Melissa McDickinson and David Birchfield

**Smith Ashley Nicole of Miller Smith, LLC** – Counsel for Steven Jackson

Pursuant to Fed. R. App. 26.1, counsel also makes the following disclosures:

Melissa McDickinson is an individual and has no corporate disclosure obligations.

## CERTIFICATE OF COMPLIANCE

I certify in conformance with App. Rule 32(g) that this Motion contains 805 words and is Times Roman 14 pt. font type.

*Marion F. Walker*
Marion F. Walker

3

NOW COMES, Melissa McDickinson, by and through her attorneys and moves the court to seal the oral argument set to take place on May 4, 2023 in this case and for grounds therefore, says as follows:

1. The factual background of this appeal from the entry of summary judgment by the district court judge, involves salacious allegations of sexual activity by Ms. McDickinson, which she denies.

2. The appeal *de novo* to this court requires that Appellant Jenkins' allegations be viewed in a light favorable to his case and/or as the district court did, accepting his testimony as true for purposes of the appeal.

3. Many members of the public who would be able to access this oral argument do not appreciate the judicial doctrines that must be applied to consider the validity of a summary judgment motion. As a result, many people, including those who are familiar with or have never met Ms. McDickinson will assume from the argument that what Appellant Jenkins' claims is in fact true and thereby cast her name and person in a false light.

4. As it is, the district court's opinion failed to fairly and prominently state from the beginning that the rule that Appellant Jenkins' version of the facts were being accepted as true, was being followed and Ms. McDickinson denied the claims.

5.   Appellant Jenkins will not suffer any harm if the oral argument is sealed yet Ms. McDickinson stands to suffer grievous and irreparable harm if it is not.

WHEREFORE, PREMISES CONSIDERED, Melissa McDickinson moves the court to seal the oral argument to be held in this case on May 4, 2023 and provide as much protection against dissemination of the allegations involved in this appeal as possible.

*s/ Marion F. Walker*
**MARION F. WALKER**
Alabama Bar No. WAL016
**FISHER PHILLIPS LLP**
2100A South Bridge Parkway
Ste. 650
Birmingham, Alabama 35209
Telephone:  (205) 414-7419
Facsimile:  (205) 718-7607
Email: mfwalker@fisherphillips.com


**ANDREW J. BAER**
Of Counsel
**FISHER PHILLIPS LLP**
201 St. Charles Avenue
Suite 3710
New Orleans, LA 70170
Telephone (504) 522-3303
Facsimile (504) 529-3850
Email: abaer@fisherphillips.com
**COUNSEL FOR APPELLEES, DAVID BIRCHFIELD AND MELISSA MCDICKINSON**

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2023 a copy of Appellee Melissa McDickinson' Motion to Seal Oral Argument was filed using the Court's ECF/CM system, which will send a notice of electronic filing to all counsel of record.

                                       *s/ Marion F. Walker*
                                       Of Counsel