IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-10480-V

_____

IRISH JENKINS,

Plaintiff - Appellant,

versus

KOCH FOODS, INC.,
KOCH FOODS OF ALABAMA, LLC,
MELISSA MCDICKINSON,

Defendants - Appellees,

DAVID BIRCHFIELD,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

ORDER:

Appellee Melissa McDickinson's Motion to Seal Oral Argument is DENIED.


/s/ Charles R. Wilson_____
UNITED STATES CIRCUIT JUDGE